SO ORD'D

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, NY 11050-3120
Tel: (516) 767-3600; Fax: (516) 767-3605
Owen Francis Duffy, III
George Murray

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLORY WEALTH SHIPPING PTE. LTD.,

    Plaintiff,

-against -

KOREA LINE CORPORATION
a/k/a KOREALINE CORPORATION

    Defendant.

09-CV-00582 (LBS)

NOTICE OF DISMISSAL
PURSUANT TO RULE
41(a)(1)(A)(i) and VOLUNTARY
WITHDRAWAL OF
ATTACHMENT and RELEASE
OF ALL ATTACHED FUNDS

Plaintiff Glory Wealth Shipping Pte. Ltd. hereby dismisses the captioned action, pursuant to Fed. R. Civ. 41(a)(1)(A)(i), and confirms that the defendant has not filed an answer or a motion for summary judgment. The Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Admiralty Rule B is hereby withdrawn and cancelled, and all funds restrained pursuant to the order of attachment shall be released immediately and transferred in accordance with their original wire instructions.

Dated: New York, New York
       January 27, 2009

Respectfully submitted,

_____
Owen F. Duffy (OD-3144)
CHALOS, O'CONNOR & DUFFY, LLP
366 Main Street
Port Washington, NY 11050-3120
Tel: (516) 767-3600
Fax: (516) 767-3605
*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.
10/7/09

1